FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENNY WATSON
(Enter above the full name of the
plaintiff in this action.)

CIVIL ACTION
03-0530
NO. _____

versus

SECTION SECT. R MAG. 2

HARRY LEE SHERIFF
mimi schulze RN medical Administrator
Jefferson parish Correctional center
(Enter above the full name of the
defendant or defendants in this
action.)

COMPLAINT

I.      Previous Lawsuits

A.      Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )   No (✓)

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to the previous lawsuit

       Plaintiffs _____ N/A _____

       _____

       Defendants _____ N/A _____

       _____

    2.    Court (If federal court, name of the district court; if state court, name the parish.)

       _____ N/A _____

    3.    Docket Number _____ N/A _____

    4.    Name of judge to whom case was assigned _____ N/A _____

       _____

    5.    Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

       _____ N/A _____

    6.    Approximate date of filing lawsuit _____ N/A _____

    7.    Approximate date of disposition _____ N/A _____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes (   )   No ( ✓ )

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____ N/A _____

_____

_____

II.    Place of Present Confinement: _South La. Correctional Center, Basile, LA._

A.    Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No (   )

B.      Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C.      If your answer is YES,

1.      Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. *10/16/02 – 10/25-02*
*AND 10/30/02*

2.      As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? *BARRED 188 DAY HAS EXPIRED FOR MS. SCHULTE TO ANSWER AND IS SUBMITTED GRIEVANCE FORM AND TO ORAL CORRESPONDENT BUT NO RESPONSE*

D.      If your answer is NO, explain why you have not done so: *N/A*

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A.      Name of plaintiff *BENNY WATSON*

Address *3843 Stagg Ave Basile, LA 70515*

Date of Birth *July 8, 1956*

Prisoner Number *112658*

Date of Arrest *SEPT 10, 02*

Date of Conviction *October 21st 02*

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.      Defendant *HARRY LEE* is employed as *SHERIFF JEFFERSON PARISH* at *CORRECTIONAL CENTER*

C.      Additional Defendants *Mimi Schultz RN. Administrator JEFFERSON PARISH CORRECTIONAL CENTER, IN GRETNA, LA. AND THE JEFFERSON PARISH CORRECTIONAL CENTER*

3

Section I

ON OR ABOUT October 14th,'02 I BENNY WATSON ALLEGES ThAT I WAS CALLED FROM MY DORM ANNEX-A-A BED #6 AS TO REPORT TO The INFIRMARY OF The JeFFerSoN PARISh CoRRectioNAL CENTER, LocATED IN GRETNA, LA. By MEDICAL PhYSICIAN DoctoR DURANTE' Who AFTER EXAMINING MY SEVERE ChRoNic BACK SYNDROME' MEDICAllY SUGGESTED. ThAT I BE SENT OUT To ChARity HoSpiTAl "EMERGENCY RooM". IN NEW ORLEANS, LA UPON MY ARRIVAL TheiR AT ChARity, I WAS UNDOUTEDLY EXAMINED AGAIN. By ANOTHER LicENSE PhYSICIAN. DUE TO ME NOT BEING UNABLE TO STAND ERECT' DUT To ChRoNic BACK SYNDROME I WAS SuFFeRING WiTh AND AFTER TheiR EXAMINATION OF ME ON SAID DATE STATED ABOVE, I WAS GIVEN A prescription OF prescribed MEDication FoR ME To BE TAKEN, Which WAS mortin 600 mg, VICODIN AND SomE TyPe oF ARThRiTis MEDicATion. LET IT CLEARLY BE-NOTED ThAT I WAS NOT UNDER The IMMEDIATE MEDICAL CoNTRol cF The JeFFerSoN PARISh CoRRectioNAl CENTER, MEDICAL STAFF ANYMORE' BUT UNDER The IMMEDIATE MEDicAl CoNtRol cF The TREATING PhYSiciAN AT ChARity HospiTAl.


Section 2

DUE To TheiR MEDICAL STAFF SENDING ME OUT To ChARity, AS To GETTING A SECOND MEDICAL DoctoR "OPINION" ON OctobER 14th,'02. AND MY ChARity HospiTAl MEDicAl RecoRds ON FILE AT ChARity WILL INFAct ReFLect This StATEMENT GiveN CoNCERN MY Chronic SyNDRomE AS BEING TRUE' FActs AS STATED. BuT MEDICAl AdmiNiStRAtoR MS. R'N mimi schultz' WAS BEING SoLELY CoNTRARY AND DELIBERATELY INDIFFERENCE CoNcERNING The MEDICAl PhYSiciAN DIAGNOSIS, AND prescribed presciption oF The MEDICATION To BE AdmiNiSter To ME' Who WAS LEGALLY TREATING MY CoNDiTioN. AND MS. SchulTe WILLFULLY DENIED To ACCEPT This TRAINED PROFESSIONAL ORThoPEDic prescribed DIAGNoS AND MEDical "ORDER" CoNcERNING The MEDICATION prescribed FoR MY ChRoNic BACK SYNDROME IN The FoRM OF CRUEL & UNUSAl PUNiSHMENT. Who IS IN CLEAR ViolATioN oF MY ResPECTED MEDICAL CoNStiTuTioNAl RiGHTs 'AS A PRiSoNER

HOUSED IN THE JEFFERSON PARISH CORRECTIONAL CENTER.

Section (3)

However, Ms. Mimi Schultz CLEARLY states that their medical policies' do NOT allow NOR permit INMATE with such condition such as my housed IN Jefferson parish correctional center to receive these type of medications, due to the facts' they or "NARCOTIC" But the facts show that they were prescribed By the treating physician at Charity Hospital and should have been administer as "ORDERED" which cause me a lot of unnecessary "excruciative pain" on a daily basis' furthermore let it be noted although I suffer with this type of medical condition I was housed on a "open tier" such as Annex AA and NOT a "medical ward" which I personally feel that I should have been' as to receive the treating physician prescribed medication under the watchful eyes of a trained observation security. As to making sure I took the medication and NOT denied it. As to the cruelty of what Ms. Schultz. Had served me with. such as a population inmate and NOT a person with a medical condition at Jefferson parish correctional center

4)

Which was September 10th,'02 regarding my medical status due to the facts I was at a medical disadvantage around other inmates' who were NOT medical injury such as I was on the date stated above and the logbook will infact reflect this as true until transferred on November 8th,'02. From Jefferson parish correctional center, which I personally feel because I was NOT house on a medical ward with this medical condition I suffer with clearly placed my life and health in immediate danger of other well condition inmates' who were NOT medical injury. Who were housed with me on September 10th'02. on Annex AA until Transfer November 8th,'02. Who can in fact testify in "OPEN COURT" on my behalf

5.

Isolated

Although Jefferson Parish Correctional Center have these medical ward available for such needed situation But I was Totally denied this medical Rights Access and Ms Schultz knew and was fully aware of my severe chronic syndrome condition at first hand knowledge and I was made to suffer needlessly for Approximately 59 days for Lack of the prescribed medications that was order By the Treating Physician on october 14th 02. Which Ms. Schultz illegal denied policies Further Aggravated my existing injury. Due to the Fact they were fully aware and personally advised of my medical situation "By me" that I had Dis Fusion surgery preform on me at Charity on october 2 1991. Which was Reactived during my Arrest By the Kenner police Department on April 12th 02. and medical Records will Reflect that I was seened By a orthopedic on october 14th 02. In Reference to these condition and a Nuerologist specialist on october 31st 02.

6.

who schedule me to Return Back to charity Hospital to have M.R.I & Rays TO BE Done as to Determine what was Actually Causing me NOT to "Stand Erect" But unfort unatedly I was Transferred Before the MRI. could be Taken for some unknown Reason; Furthermore as to Demonstrate Ms. schultz illegal Denial as to a Greivance Form I Filed on September 22nd, 02. which was Referred to ms. schultz. an Answer on september 27th 02. See Attached Greivance form and two Attached correspondence Requesting medical "Help" as to at Lease Be given a Substitute medication in the place of the prescribed medication that was "Ordered" on october 14th 02. To Be Administer to me Mortin 600mg Vicodin and some Type of Arthritis medication

So To This Denial I (A) Filed A Second Greivance To MS. Schultz ~~AND~~ Its Been Approximtely 118 Days Since I Filed my Second Greivance Form To MS. mimi Schulte And Have Not Receive. So much As A Response By MS. Schultz Which Has Legally Denied MS. Schulte From Resoluing my medical complaint. Period. Who Refused To Answer Any of my Greivance And oral Correspondence In The First Place.

Conclusion

Furthermore Sheriff Harry Lee of Jefferson Parish Correctional Center, Located In Gretna, LA Knewor Should Have Known That MS. mimi Schulte WAS Illegally Denieding Inmate, who Have Had A Second medical Doctor "Opinion" After Being properly Diagnosis with Serious Ill ness To Receiue Certain medications. Violate Their State Federal and United States medical Constitutional Rights Which Has Been already Fundamental Establish Rights Under These Governmental protected Laws. AND I was Left with No Other Choice But To Seeking Judicial Review For The Civil and constitutional Rights Violation Displayed By MS. mimi Schulte R.N. Administrator of The Jefferson Parish Correctional Center Located In Gretna, LA.

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places. Do
not give any legal arguments or cite any cases or statutes. If you intend to allege a
number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

ON OR About October 14th '02 I BENNY WATSON Alleges
That I was called From my dorm "ANNEX A-A "SEO NO.6"
As to Report To the Infirmary of The Jefferson Parish
Correctional Center, Located IN GRETNA, LA. By Doctor
DURANTE. Who After EXAMINEING my SEVERE Chronical
Back SYNDROME. Who medically suggested That I
BE SENT OUT To Charity Hospital "EMERGENCY Room"
IN NEW ORLEANS, LA. UPON my ARRIVAL There at Charity
I was UNDOUBTEDLY WAS EXAMINED AGAIN By ANOTHER
SEE ATTACHED SHEET

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal
arguments. Cite no cases or statutes.)

TO BE AWARD plaintiff monetary Compensation
IN The Amount of 1.600,000 Dollars For pain & suffering,
Emotional Destress, public Humiliation, mental Stress
mental Anguish, punitive Damages, Declaretory DAMAGES,
Deprivertion DAMAGES AND Denial of medications AND,
psychological Agony, AND Further Relief of Dismissing
These Illegal medical policy From The Jefferson Parish
medical STAFF promptly That Denied Inmate with serious
SYNDORM ThaT Require Them To HAVE such medications
Administered For There medical condition prescribed
By The Treating physician. Of a Doctor second opinion

4

## VI.  Plaintiff's Declaration

1)  I declare under penalty c - perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)  I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _13th_ day of _February_____, 10 _2003_.

_Benny Watson_
(Signature of Plaintiff)

9/97

5

AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

_BENNY WATSON_
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

_HARRY LEE SHERIFF_
_mimi schultz R.N. medical Administrator_
_Jeffer parish correctionalcenter_  CASE NUMBER:
Defendant

I, _BENNY WATSON_ , declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

    Have the institution certify the Statement of Account portion of this affidavit or attach a certified
    ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes     ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
        and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and
        pay period and the name and address of your last employer.   _UNKNOWN_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes     ☑ No
    b.  Rent payments, interest or dividends                    ☐ Yes     ☑ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes     ☑ No
    d.  Disability or workers compensation payments             ☐ Yes     ☑ No
    e.  Gifts or inheritances                                   ☐ Yes     ☑ No
    f.  Any other sources                                       ☐ Yes     ☑ No

    If the answer to any of the above is "Yes", describe each source of money and state the amount received and
    what you expect you will continue to receive.

AO 240 Reverse (EDLA Rev. 8/02)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes," state the total amount.    _____N/A_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

If "Yes," describe the property and state its value.

N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|------|-------------|-------------------------------|
| N/A | N/A | N/A |

I declare under penalty of perjury that the above information is true and correct.

_____12/3/02_____                    _____Benny Walters_____
         Date                                  Signature of Applicant

-------------------------------------------------------------------------------

## STATEMENT OF ACCOUNT

(Certified Institutional Equivalent)

(To be completed by the institution of incarceration)

I hereby certify that this inmate, _____Benny Walton_____ , has a present inmate account balance of $ ___0___ at the ___SJCC___ institution. I further certify that the average monthly deposits for the preceding six months is    $ ___0___

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is    $ ___0___

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_____12-3-02_____                    _____Barbara Juul_____
     Date Certified                        Authorized Officer of Institution

Benoy watson 1983500
2-C-R-4-A
Dated 10/30/02

RE: medical Administration

DEAR, ms schultz i am Respectfully submitting This correspondent to your office. in urgent + Desperated need of your medical assisted. I have filed a inmate grievance form personal to you on or about oct 16th 02 Regarding a deliberate indifference of the medication I was prescribed from Charity Hospital. on oct 14th 02 which was Vicodin, mortin 600mg, And some Type of ARtritis medication to Be Taken Twice a day as prescribed. By The Doctor At Charity. But I am Advised By The nurseing Staff That I can NOT Receive Them. Due to This Administration policy which states They Are NARToic. which I fully under stand. But what I am Requesting is to Be given a substituted medication in Its place as to Helping me subside the every day Daily Excruciating pain I suffer with. which is a chronic Back promble. Due to The Fack Stated other inmates in Jpcc with a medical promble Have Been provided with Tylenol(3). so why cant I Be provided with The same opportunity As to Receive Tylenol(3) As a substituted As to The medication That was prescribed for me At Charity Hospital. furthermore I am provideing This a medical Administration a opportunity now ns to Rectify this medication situation promptly. or I am Left with no other Choice. But to seeking

C.C.    Judicial Review For such Denial in the Eastern District Courts. furthermore I will look for a Response to This Letter soon!

Benny Watson #198500          Medical Department
Annex A.A. #6                 Date 10/25/02

RE: Medical Department

DEAR, Doctor DURANTE my name is That above I,am Respectfully submitting this letter to your office. As to seek your medical assitins' concerning my medication I,am suppose be receiveing. You see sir I was sent to Charity Hospital By you on oct/14th 02 inwhich I was Elmained By the Doctor There. And as a Result was prescribed medication to be Taken Twice a day which are Vicodin- Mortin 600mg - and some Type of Arthritis medication Also as to Help subside some of the Daily excruciating pain I suffer with. As a Result of my Chronic Back promble I have. which If you look over my medical chart you would see thesa stated Fact to Be True. I,am told Furthermore That Because These named medication or Naobic. I can't possible Receive Them. But Here It is That other prisone who have medical promble Dealing with Excruciatins pain. Have been given Tylenol(3) As a substituted for There medical Condition. So you see sir what Type of situation I am undergoing at This present Time. AND if you can I would fully Appreicated if you can prescribed some Tylenol(3) for me. To be Taken Twice a Day As a substitution for The medications The Doctor ordek fire me on oct/14th 02 at Charity Hospital. Furthermore I,am not Asking for the Appointment Date. But to see if my follow up Report at Charity is near! At the orthopedics Clinic. I Also would fully Appreicated a Coresponden in Reply soon. Concern This Appointment At Charity Hospital. Furthermore I am Thank you In Advance for your Time & Efforts concerning This.

C·C·

## INMATE GRIEVANCE FORM

You must send this form to the Correctional Administrator within 30 days of the incident complained of.  Forward the completed form via the Mail Officer.  Use a separate form for each grievance.  DO NOT file duplicate grievances.  You will receive a response within 30 days.  If you do not receive a response within that time, you may file a request for Grievance review within the following 5 days.

Benny Watson
Inmate's Name                                      7-8-56                  AF-6
                                              Date of Birth            Location
9-21-02
Date of Incident                                  9-23-02
                                              Date Grievance filed

SUMMARY OF COMPLAINT:

See attached

STATE YOUR ATTEMPT TO RESOLVE COMPLAINT WITH OFFICER
(Failure to Complete this section will result in denial of Grievance)

Name of Personnel Involved: _____

Name and Location of Witnesses: _____

---

DO NOT WRITE BELOW THIS LINE:        FOR ADMINISTRATIVE USE ONLY:

Date Received: 9-23-02              Returned:     Obtain Inmate Receipt
Grievance #: 9-31                  _____ Multiple complaints: file
                                            Separate grievances
Screened by: Dep. Chief Schutte
                                   _____ Vague complaint: state facts
Type: Night watch / Medical
                                   _____ Summarize complaint
Accepted & Referred to: Mrm. Schultz
                                   _____ Other Specify_____
Policy/Procedure Challenged  YES/NO
                                   Rejected:     Obtain inmate receipt
____ Hold pending decision on Grievance #
                                   _____ Outside scope of procedure
                                   _____ Disciplinary appeal
                                   _____ Premature
                       · A ·       _____ Duplicate grievance
                                   _____ Other Specify_____
                                   _____ Filed more than 30 days after
                                   _____ The event

---

### INMATE RECEIPT OF REJECTED/RETURNED GRIEVANCE

Revised grievance must be re-filed within 30 days of the event on which is the basis for this grievance or 5 days of the return of the grievance, whichever is later.

_____          _____
Date                                 Inmate Signature

Copy 1 Administration/ Copy 2 Inmate Receipt/ Copy 3 Inmate

RESPONSE TO GRIEVANCE

_Sept 27, 2002_

DATE _____    GRIEVANCE NUMBER

TO: _Benny Watson_ LOCATION: _____

FROM: _Chairson_    TITLE/POSITION/RANK

GRIEVANCE: _____ FOUNDED    ✓ UNFOUNDED

REASONS: _Benny Watson had a history & physical on 9-19-02. At that time a Rx of chronic lower back pain was tried and Benny Watson was referred to Ortho Clinic. After receiving grievance 9-3 B. Watson was seen in medical on 9-24-02 with no new changes to previous condition. Orthopedics clinic is pending @ OHNO. Date may not be revealed due to security risk._

ACTION TAKEN / RECOMMENDED (IF ANY): _____

_____

_____

DISPOSITION OF RECOMMENDATIONS: _____

_____

_____

DATE _9/27/02_    SIGNATURE _Chairson_

---

**INMATE RECEIPT**

IF YOU WISH FURTHER REVIEW OF YOUR GRIEVANCE YOU MUST SIGN THE BELOW  REQUEST FOR ADMINISTRATIVE REVIEW AND SEND IT TO THE CORRECTIONAL  ADMINISTRATOR WITHIN 5 DAYS OF RECEIPT OF THIS RESPONSE.  YOU WILL RECEIVE THE ADMINISTRATOR'S DECISION WITHIN 60 DAYS OF FILING YOUR GRIEVANCE

DATE _Benny Watson_ INMATE
SIGNATURE

---

REQUEST FOR ADMINISTRATIVE REVIEW

I HEREBY REQUEST REVIEW BY THE ADMINISTRATOR OR HIS DESIGNEE.

DATE _____    INMATE SIGNATURE